UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

ROY MOSES,                                     :
                Petitioner,         :
     v.                                            :      No. 5:21-cv-5466
                                                       :
LAWRENCE KRASNER, *et al.*,        :
                Respondents.     :
_____

# O R D E R

**AND NOW**, this 25th day of January, 2023, after de novo review of Petitioner Roy Moses's petition for writ of habeas corpus, the Report and Recommendation (the R&R) of Magistrate Judge Carol Sandra Moore Wells, Moses's objections to the R&R, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The R&R, ECF No. 14, is **APPROVED and ADOPTED**;

2. The objections to the R&R, ECF No. 15, are **OVERRULED**;

3. The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED with prejudice**;

4. There is no basis to issue a certificate of appealability; and

5. This case is **CLOSED**.

                                                     BY THE COURT:

                                                     */s/ Joseph F. Leeson, Jr.*_____
                                                     JOSEPH F. LEESON, JR.
                                                     United States District Judge